Same case below, 601 F.3d 224.

**No. 10-5026. Robert Martin, Petitioner v. Cashier Holloway, et al.**

562 U.S. 899, 131 S. Ct. 230, 178 L. Ed. 2d 153, 2010 U.S. LEXIS 6184.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 125 Ohio St. 3d 1409, 925 N.E.2d 998.

**No. 10-5027. Mauricio Leon, Petitioner v. Michael McCall, Warden.**

562 U.S. 899, 131 S. Ct. 230, 178 L. Ed. 2d 153, 2010 U.S. LEXIS 6631.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 361 Fed. Appx. 509.

**No. 10-5028. Catherine Walsh, Petitioner v. John M. Quinn, et al.**

562 U.S. 899, 131 S. Ct. 230, 178 L. Ed. 2d 153, 2010 U.S. LEXIS 6248,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 359 Fed. Appx. 273.

**No. 10-5029. Charles Christopher Williams, Petitioner v. South Carolina.**

562 U.S. 899, 131 S. Ct. 230, 178 L. Ed. 2d 153, 2010 U.S. LEXIS 6339.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

Same case below, 386 S.C. 503, 690 S.E.2d 62.

**No. 10-5032. Tyrone Wells, Petitioner v. United States.**

562 U.S. 899, 131 S. Ct. 230, 178 L. Ed. 2d 153, 2010 U.S. LEXIS 6129.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 344 Fed. Appx. 839.

**No. 10-5033. Francis Ferri, Petitioner v. Tom Corbett, Attorney General of Pennsylvania.**

562 U.S. 900, 131 S. Ct. 231, 178 L. Ed. 2d 153, 2010 U.S. LEXIS 6510.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-5034. Brian K. Hines, Petitioner v. United States.**

562 U.S. 900, 131 S. Ct. 231, 178 L. Ed. 2d 153, 2010 U.S. LEXIS 6384.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.